**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ivan SANABRIA–ARCHIGA,
Defendant–Appellant.**

No. 14–50020.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**440**

Submitted Dec. 9, 2014.*

Filed Dec. 12, 2014.

David P. Finn, Assistant U.S., Bruce R. Castetter, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Clare Lemon, San Diego, CA, for Defendant–Appellant.

Before: WALLACE, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Ivan Sanabria–Archiga appeals from the district court's judgment and challenges his guilty-plea conviction and 51–month sentence for attempted reentry of a removed alien, in violation of 8 U.S.C. § 1326. We dismiss.

Because the government has properly objected to the timeliness of Sanabria–Archiga's notice of appeal, which was filed over two months after the entry of judgment, we dismiss this appeal as untimely. See Fed. R.App. P. 4(b)(1)(A)(i); *United States v. Sadler*, 480 F.3d 932, 942 (9th Cir.2007).

**DISMISSED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.